CLOSED,ProSe,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:26−cv−02000−CRB

Garcia v. NBC Universal Media, LLC et al
Assigned to: Judge Charles R. Breyer
Referred to: PSLC LLH
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/11/2026
Date Terminated: 08/19/2026
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Carlos Garcia** represented by **Daniel Carlos Garcia**
CB−0327
1920 Boston Way
Modesto, CA 95355
(442)324−3740
PRO SE

V.

**Defendant**

**NBC Universal Media, LLC**

**Defendant**

**Comcast Corporation**

**Defendant**

**Peacock TV LLC**

**Defendant**

**NBC News Division**

**Defendant**

**Kimberly D. Harris**

**Defendant**

**Cesar Conde**

**Defendant**

**Brian Roberts**

**Defendant**

**Davh Corvo**

**Defendant**

**Paul Ryan**

**<u>Defendant</u>**

**Liz Cole**

**<u>Defendant</u>**

**Adam Gorfain**

**<u>Defendant</u>**

**Marianne Haggerty**

**<u>Defendant</u>**

**Ellen Mason**

**<u>Defendant</u>**

**Davh Ketterling**

**<u>Defendant</u>**

**Vincent Sturla**

**<u>Defendant</u>**

**Justin Cece**

**<u>Defendant</u>**

**Karen Israel**

**<u>Defendant</u>**

**Deborah Kim**

**<u>Defendant</u>**

**Michelle Madigan**

**<u>Defendant</u>**

**Don Vass**

**<u>Defendant</u>**

**Julie Kim**

**<u>Defendant</u>**

**Whitney Rodgers**

**<u>Defendant</u>**

**Sue Simpson**

**<u>Defendant</u>**

**Rob Allen**

**Defendant**

**Deb E. Brown**

**Defendant**

**Bruce Burger**

**Defendant**

**Terrell Tangonan**

**Defendant**

**Alvaro Trenchi**

**Defendant**

**Irene Trullinger**

**Defendant**

**Jessica Baker**

**Defendant**

**Telepictures Productions Inc.**

**Defendant**

**Warner Bros. Entertainment Inc.**

**Defendant**

**Fugitive Media Inc.**
*doing business as*
Frequency Machine

**Defendant**

**Audacy Inc.**

**Defendant**

**Stacey Book**

**Defendant**

**Kathy Lombardo**

**Defendant**

**Avi Glijansky**

**Defendant**

**Julie Golden**

**Defendant**

**Kim Kantner**

**Defendant**

**Dominique Ferrari**

**Defendant**

**Joshua Book**

**Defendant**

**Neil Innes**

**Defendant**

**Amazon.com Services LLC**

**Defendant**

**Amazon.com Inc.**

**Defendant**

**Lueder Board Press LLC**

**Defendant**

**Tyson Wrench**

**Defendant**

**Sherrie Lueder**

**Defendant**

**Anthony Ukalovic**
*also known as*
Domine

**Defendant**

**Kim Hansen**

**Defendant**

**Dawn Taarud−Martinez**

**Defendant**

**Riverside County**

**Defendant**

**Riverside County District Attorney's Office**

**Defendant**

**Michael A. Hestrin**

**Defendant**

**John D. Aki**

**Defendant**

**John Hall**

**Defendant**

**Amy McKenzie**

**Defendant**

**John Doe #1**

**Defendant**

**Jane Doe #1**

**Defendant**

**John Doe #2**

**Defendant**

**Jane Doe #2**

**Defendant**

**Lisa Dimaria**

**Defendant**

**Robert Hightower**

**Defendant**

**Simon Min**

**Defendant**

**Jayli Barkley**

**Defendant**

**City of Palm Springs**

**Defendant**

**Palm Springs Police Department**

**Defendant**

**Andrew Mills**

**Defendant**

**Frank Browning**

**Defendant**

**Timothy Thomas**

**Defendant**

**Gustavo Araiza**

**Defendant**

**Kitty Alvarado**

**Defendant**

**Estate of Thomas Frank White**

**Defendant**

**Shane Claridge**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2026 | Ï 1 | COMPLAINT against All Defendants. Filed by Daniel Carlos Garcia. (Attachments: # 1 Complaint Part 2, # 2 Complaint Part 3, # 3 Letter, # 4 Civil Cover Sheet, # 5 Envelope)(kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 2 | Emergency MOTION for Preservation of Evidence; Memorandum of Points and Authorities filed by Daniel Carlos Garcia. Responses due by 3/25/2026. Replies due by 4/1/2026. (Attachments: # 1 Declaration, # 2 Proposed Order)(kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 3 | MOTION for Leave to Proceed in forma pauperis filed by Daniel Carlos Garcia. (kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 4 | MOTION to Consider Whether Cases Should be Relate filed by Daniel Carlos Garcia. (kam2, COURT STAFF) (Filed on 3/11/2026) (Additional attachment(s) added on 3/11/2026: # 1 Declaration, # 2 Proposed Order, # 3 Certificate/Proof of Service) (kam2, COURT STAFF). (Entered: 03/11/2026) |
| 03/11/2026 | Ï 5 | NOTICE of Related Cases by Daniel Carlos Garcia (kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 6 | Certificate of Interested Entities by Daniel Carlos Garcia (kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 7 | Certificate re: Meet and Confer pursuant to Civil Local Rule 37−1 by Daniel Carlos Garcia. (kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 03/11/2026 | Ï 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Daniel Carlos Garcia.. (kam2, COURT STAFF) (Filed on 3/11/2026) (Entered: 03/11/2026) |
| 04/27/2026 | Ï 9 | |

| | | |
|---|---|---|
| | | Letter dated 4/22/2026 from Daniel Carlos Garcia re: formal demand to cease and desist. (Attachments: # 1 Envelope)(slh, COURT STAFF) (Filed on 4/27/2026) (Entered: 05/01/2026) |
| 08/19/2026 | Ï 10 | **ORDER TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION. Signed by Judge Charles R. Breyer on 8/19/2026. (ls, COURT STAFF) (Filed on 8/19/2026)**<br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br>**(Entered: 08/19/2026)** |
| 08/20/2026 | Ï 11 | Remark: Case sent to ecf helpdesk for transfer to Central Dist. of CA (ark, COURT STAFF) (Filed on 8/20/2026) (Entered: 08/20/2026) |